IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION FILE NO.: 4:15-CV-00025-D

EDWARD TERRY, )
       Plaintiff, )
        )
   vs. ) **ORDER TO STAY**
        )
ACE AMERICAN INSURANCE )
COMPANY, )
       Defendant. )

For good cause shown, pursuant to 9 U.S.C. 1, et seq., the applicable insurance policy, and upon consent of the parties, this action is **STAYED** pending arbitration.

Within sixty (60) days of issuance of the arbitrator's award, the parties shall file a stipulation of dismissal with prejudice in this action or a motion to demonstrate why this action should not be dismissed with prejudice.

So **ORDERED** this \_\_9\_\_ day of *February*, 2015.

_____
JAMES C. DEVER III
Chief United States District Judge

1